RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7-7-05
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHIRLEAN TAYLOR, ET AL. | CONSOLIDATED CIVIL ACTION NO. 00-2102 |
| versus | JUDGE HICKS |
| KERR McGEE CORP., ET AL. | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections or other appearance having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims by the following persons be **DISMISSED** for failure to prosecute: **Larry Caldwell, Timothy T. Nash, Sr., Carolyn Range Lucas, Henry Ray Jackson, Helen Paige and Cynthia Williams.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 7th day of July, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE