**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| TAYLOR, ET AL | CONSOLIDATED<br>CIVIL ACTION NO. 00-2102 |
| versus | JUDGE S. MAURICE HICKS, JR. |
| KERR MCGEE CORP, ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Court's Memorandum Ruling:

**IT IS ORDERED** that the Motion for Summary Judgment filed by Defendants Kerr-McGee Corporation and Kerr-McGee Chemical LLC against Plaintiffs Alvin Dillard, Glenda Meyers, Opal Buckner, Willie Blackshire, Irma Rogers, Albert Dillard, Jr. and Samuel Dillard [Doc. No. 327] is hereby **GRANTED**, and those Plaintiffs' claims against them are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Kerr-McGee Corporation and Kerr-McGee Chemical LLC against Plaintiff Linda Ford [Doc. No. 340] is hereby **GRANTED**, and that this Plaintiff's claims against them are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Illinois Central Railroad Company against Plaintiffs Alvin Dillard, Glenda Meyers, Willie Blackshire, Albert Dillard, Jr., and Samuel Dillard [Doc. No. 356] are hereby

**GRANTED**, and that those Plaintiffs' claims against it are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Illinois Central Railroad Company against Plaintiffs Opal Buckner and Irma Rogers [Doc. No. 360] is hereby **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Illinois Central Railroad Company against Plaintiff Linda Ford [Doc. No. 358] is hereby **GRANTED,** and that this Plaintiff's claims against it are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Defendant Illinois Central Railroad Company [Doc. No. 360] is hereby **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** the Motion in Limine filed by Defendants Kerr-McGee Corporation and Kerr-McGee Chemical LLC [Doc. No. 331] is hereby **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Motion in Limine filed by Defendant Illinois Central Railroad Company [Doc. No. 354] is hereby **DENIED AS MOOT.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of January, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE